Julia W. A. Siebrecht, Respondent, v. Henry A. Siebrecht, Jr., Appellant. — Interlocutory judgment reversed and new trial granted, with costs to plaintiff to abide the event, on the ground that there is no sufficient evidence of adulterous act save on a single occasion at Hawleyville, and as to that the evidence shows that the possible range of vision did not permit the view to which the inculpating witness testified. Hence the finding is against the weight of evidence. Jenks, P. J., Burr, Thomas and Putnam, JJ., concurred; Carr, J., voted for affirmance.

Walter F. Strockbine, Appellant, v. Frank H. Harriman, Respondent. — So much of the order of the County Court of Nassau county as is appealed from affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

James Sullivan, Respondent, v. Elizabeth J. Graham, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

Frank M. Wells, Respondent, v. George K. Day, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.